IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: : CHAPTER 13
ARIC JAMES DARROE :
: CASE NO. 1:19-bk-05095-HWV
   Debtor :
:
:

**WITHDRAWAL OF APPEARANCE OF MICHAEL J. CSONKA, ESQUIRE**
**AND ENTRY OF APPEARANCE OF KARA K. GENDRON, ESQUIRE**

    PLEASE TAKE NOTICE that MICHAEL J. CSONKA, ESQUIRE hereby withdraws his appearance as counsel for the Debtors and Kara K. Gendron, Esquire enters her appearance in the above–captioned Chapter 13 bankruptcy proceeding as counsel for the Debtor, and pursuant to Bankruptcy Rules 2002 and 9010, respectfully requests that all notices given or required to be given in this case by the Court, the United States Trustee, all Creditors, and/or any other party in interest in this case be given at the address and to the persons and telephone number set forth below. This request includes, without limitation, all orders, notices, hearing dates, applications, motions, petitions, pleadings, requests, complaints, demands, replies, answers, statement of affairs, operating reports, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, courier service, delivery service, telephone, telegraph, telex or otherwise:

                                           Kara K. Gendron, Esquire
                                           Mott & Gendron Law
                                           125 State Street
                                           Harrisburg PA 17101
                                           Telephone: 717. 232.6650
                                           karagendron@gmail.com

                                           /s/ Kara Gendron
                                           _____
                                           Kara K. Gendron, Esquire
                                           Counsel for Debtors