**Fill in this information to identify the case:**

Debtor 1  Aric James Darroe

Debtor 2  _____
(Spouse, if filing)

United States Bankruptcy Court for the: Middle District of Pennsylvania
(State)

Case number  1:19-bk-05095-HWV

Form 4100R

# Response to Notice of Final Cure Payment

10/15

**According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.**

### Part 1: Mortgage Information

**Name of Creditor:** **Carrington Mortgage Services, LLC**

**Court Claim no. (if known)** 6

**Last 4 digits of any number you use to identify the debtor's account:** **4954**

**Property address:** 160 Colorado Avenue
Number     Street

Littlestown, PA 17340
City     State     Zip Code

### Part 2: Prepetition Default Payments

*Check One:*

☒ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of the response is:     $ _____

### Part 3: Postpetition Mortgage Payment

*Check One:*

☒ Creditor agrees that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is on:     05/01/2025
MM/ DD / YYYY

☐ Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this responses is:

a. Total postpetition ongoing payments due:     (a) $ _____

b. Total fees, charges, expenses, escrow, and costs outstanding:     (b) $ _____

c. **Total**. Add lines a and b.     (c) $ _____

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payments that first became due on:     __/__/____
MM / DD / YYYY

| Debtor 1 | Aric James Darroe | | | Case number: 1:19-bk-05095-HWV |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

## Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

☐ all payments received;
☐ all fees, costs, escrow, and expenses assessed to the mortgage; and
☐ all amounts the creditor contends remain unpaid.

## Part 5: Sign Here

The person completing this notice must sign it. The response must be filed as a supplement to the creditor's proof of claim.

Check the appropriate box

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information in this Notice is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

X /s/ Heather Riloff        Date: 4/14/2025
  Signature

**Print:** Christopher A. DeNardo 78447        Title: Attorney for and on behalf of Carrington Mortgage Services, LLC (as servicer for creditor)
Heather Riloff 309906
Leslie J. Rase 58365
First Name    Middle Name    Last Name

Company    LOGS Legal Group LLP

Address    985 Old Eagle School Road, Suite 514
Number    Street
Wayne, PA 19087
City        State    ZIP Code

Contact phone    (610) 278-6800        Email    logsecf@logs.com

19-064256 - Form 4100R

Case 1:19-bk-05095-HWV    Doc 59    Filed 04/14/25    Entered 04/14/25 20:08:27    Desc
Response to Notice of Final Cure Payment    Page 2
Main Document    Page 2 of 3

## Certificate of Service

*I hereby certify that a copy of the foregoing Response to Notice of Final Cure Payment was served on the parties listed below by postage prepaid U.S. Mail, First Class or served electronically through the Court's ECF System at the e-mail address registered with the court on*

Date: 4/14/2025

Chapter 13 Trustee: Jack N Zaharopoulos

Trustee Address: 8125 Adams Drive, Suite A, Hummelstown, PA 17036

Trustee Email: info@pamd13trustee.com

Debtor's Counsel Name: Kara Katherine Gendron, Esquire, Mott & Gendron Law

Debtor's Counsel Address: 125 State Street, Harrisburg, PA 17101

Debtor's Counsel Email: karagendronecf@gmail.com

Debtor's Name: Aric James Darroe

Debtor's Mailing Address: 160 Colorado Avenue, Littlestown, PA 17340

/s/ Heather Riloff
Christopher A. DeNardo 78447
Heather Riloff 309906
Leslie J. Rase 58365