In re:                                             Case No. 19-05095-HWV

Aric James Darroe                           Chapter 13

       Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1                          User: AutoDocke                          Page 1 of 3

Date Rcvd: May 23, 2025                   Form ID: 3180W                       Total Noticed: 24

The following symbols are used throughout this certificate:
**Symbol    Definition**

+           Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^           Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 25, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Aric James Darroe, 160 Colorado Street, Littlestown, PA 17340-1140 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | Email/Text: BKBCNMAIL@carringtonms.com | May 23 2025 18:37:00 | CARRINGTON MORTGAGE SERVICES, LLC, 1600 South Douglass Road, Suite 200-A, Anaheim, CA Anaheim |
| cr | + | EDI: PRA.COM | May 23 2025 22:35:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5294583 | | EDI: BANKAMER | May 23 2025 22:35:00 | BANK OF AMERICA, N.A., PO BOX 31785, Tampa FL 33631-3785 |
| 5276239 | + | EDI: BANKAMER | May 23 2025 22:35:00 | Bank of America, 4909 Savarese, Tampa, FL 33634-2413 |
| 5293343 | | Email/Text: BKBCNMAIL@carringtonms.com | May 23 2025 18:37:00 | Carrington Mortgage Services, LLC, 1600 South Douglass Road, Anaheim, CA 92806 |
| 5277217 | | Email/Text: BKBCNMAIL@carringtonms.com | May 23 2025 18:37:00 | Carrington Mortgage Services, LLC, 1600 South Douglass Road, Suite 200-A, Anaheim, CA 92806 |
| 5276240 | + | Email/Text: bankruptcy@cavps.com | May 23 2025 18:37:00 | Calvary Portfolio Services, 500 Summit Lake Dr, Ste 4A, Valhalla, NY 10595-2323 |
| 5276241 | + | EDI: CAPITALONE.COM | May 23 2025 22:35:00 | Capital One, P O Box 5253, Carol Stream, IL 60197-5253 |
| 5276242 | + | Email/Text: BKBCNMAIL@carringtonms.com | May 23 2025 18:37:00 | Carrington Mtg Svcs, P O Box 3489, Anaheim, CA 92803-3489 |
| 5291800 | + | Email/Text: bankruptcy@cavps.com | May 23 2025 18:37:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 5276243 | + | EDI: JPMORGANCHASE | May 23 2025 22:35:00 | Chase, P O Box 15298, Wilmington, DE 19850-5298 |
| 5276244 | + | EDI: CITICORP | May 23 2025 22:35:00 | Citi, P O Box 22060, Tempe, AZ 85285-2060 |
| 5293773 | | EDI: CITICORP | May 23 2025 22:35:00 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 5276245 | + | Email/Text: mediamanagers@clientservices.com | May 23 2025 18:37:00 | Client Services Inc, 3451 Harry S Truman Blvd, Saint Charles, MO 63301-9816 |
| 5276246 | | EDI: DISCOVER | May 23 2025 22:35:00 | Discover, P O Box 15316, Wilmington, DE 19850 |
| 5278094 | | EDI: DISCOVER | May 23 2025 22:35:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |

| Recipient # | | Delivery Method | Date/Time | Address |
| --- | --- | --- | --- | --- |
| 5285648 | + | Email/Text: RASEBN@raslg.com | May 23 2025 18:37:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 5276247 | | EDI: PRA.COM | May 23 2025 22:35:00 | Portfolio Recovery Associates, Riverside Commerce Center, 120 Corporate Blvd Ste, Norfolk, VA 23502 |
| 5288283 | | EDI: PRA.COM | May 23 2025 22:35:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk, VA 23541 |
| 5278197 | | EDI: PENNDEPTREV | May 23 2025 22:35:00 | Pennsylvania Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg PA 17128-0946 |
| 5276659 | ^ | MEBN | May 23 2025 18:32:51 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5276248 | + | EDI: SYNC | May 23 2025 22:35:00 | Synchrony Bank/Lowes, P O Box 965005, Orlando, FL 32896-5005 |
| 5276249 | + | EDI: Q3GTBI | May 23 2025 22:35:00 | The Bureaus, 1717 Central St, Evanston, IL 60201-1507 |

TOTAL: 23

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 25, 2025    Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 23, 2025 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| Denise E. Carlon | on behalf of Creditor BANK OF AMERICA N.A. bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Dorothy L Mott | on behalf of Debtor 1 Aric James Darroe DorieMott@aol.com karagendronecf@gmail.com;mottgendronecf@gmail.com;ecf.mottgendron@gmail.com;bethsnyderecf@gmail.com;ecf.mottgendron@gmail.com;mottgendronlaw@jubileebk.net;mott.dorothyb@notify.bestcase.com;doriemott@aol.com |
| Heather Riloff | on behalf of Creditor CARRINGTON MORTGAGE SERVICES LLC logsecf@logs.com |
| Jack N Zaharopoulos | ecf_pahu_alt@trustee13.com |
| Kara Katherine Gendron | on behalf of Debtor 1 Aric James Darroe |

karagendronecf@gmail.com;doriemott@aol.com;bethsnyderecf@gmail.com;mottgendronecf@gmail.com;ecf.mottgendron@gmail.com;MottGendronLaw@jubileebk.net

Kevin S Frankel

on behalf of Creditor CARRINGTON MORTGAGE SERVICES LLC pa-bk@logs.com

Thomas Song

on behalf of Creditor BANK OF AMERICA N.A. tomysong0@gmail.com

United States Trustee

ustpregion03.ha.ecf@usdoj.gov

TOTAL: 8

| **Information to identify the case:** | |
|---|---|
| Debtor 1: Aric James Darroe (First Name, Middle Name, Last Name) | Social Security number or ITIN xxx–xx–8598<br>EIN __–_____ |
| Debtor 2 (Spouse, if filing): (First Name, Middle Name, Last Name) | Social Security number or ITIN ____<br>EIN __–_____ |
| United States Bankruptcy Court: Middle District of Pennsylvania | |
| Case number: 1:19-bk-05095-HWV | |

# Order of Discharge                                                                                      12/18

---

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

    Aric James Darroe

5/23/25

**By the court:**   *Henry W. Van Eck* (signature)

                              Henry W. Van Eck, Chief Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

- ♦ debts that are domestic support obligations;

- ♦ debts for most student loans;

- ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**